JB/2020R00308

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 20-482 (NLH) |
| v. | 18 U.S.C. § 922(g)(1) |
| MARSHALL ONUORAH | INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about January 29, 2020, in Camden County, in the District of New Jersey and elsewhere, the defendant,

MARSHALL ONUORAH,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess (1) a .40 caliber pistol with a Polymer 80, Inc. frame bearing model number PF940V2 and Glock slide bearing serial number FZU390; and (2) a 50-round .40 caliber drum magazine with approximately 46 rounds of .40 caliber ammunition, and the firearms and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

RECEIVED
JUN 10 2020
AT ~~8:30~~ 3:40 P M
WILLIAM T. WALSH CLERK

RECEIVED
JUN 10 2020
AT 8:30 M
WILLIAM T. WALSH CLERK

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in this Indictment, the defendant,

MARSHALL ONUORAH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a .40 caliber pistol with a Polymer 80, Inc. frame bearing PF940V2 and Glock slide bearing FZU390, and approximately 46 rounds of .40 caliber ammunition.

SUBSTITUTE ASSETS PROVISION

3. If any of the above forfeitable property, as a result of any act or omission or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

A TRUE BILL

FOREPERSON

CRAIG CARPENITO
United States Attorney

**CASE NUMBER: 2020R00308**

***UNITED STATES DISTRICT COURT***
***DISTRICT OF NEW JERSEY***

**UNITED STATES OF AMERICA**

**v.**

**MARSHALL ONUORAH**

# INDICTMENT FOR

**18 United States Code § 922(g)(1)**

A True Bill,

Foreperson

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

**JEFFREY BENDER**
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-757-5121*