UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

MAY 27, 2021
DATE OF PROCEEDINGS

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket # CRIM 20-482 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.

MARSHALL ONUORAH,
    DEFENDANT PRESENT

APPEARANCES:
Jeffrey B. Bender and Jason Richardson, AUSAs for Government.
Edward J. Crisonino, Esq. for Defendant.


NATURE OF PROCEEDINGS:   MOTION HEARING
Hearing on Motions [24] First MOTION for Release from Custody by defendant and [26] MOTION in Limine and Memorandum in Support by Government;
Ordered [24] Motion is DENIED, Oral Opinion on the record.
Ordered [26] Motion is GRANTED.
Ordered counsel to submit proposed jury instructions.
Pretrial Hearing set for Thursday, June 3, 2021 at 9:30 a.m., Courtroom 3A.
Ordered Jury Trial set for Friday, June 18, 2021 at 9:30 a.m. Courtroom 5A.
Ordered defendant remanded in custody of the US Marshals.
Order to be entered.

Time commenced: 11:50 a.m.
Time Adjourned: 12:28 p.m.
Total Time: 38 min.

    s/*GN*
    DEPUTY CLERK